

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| IN RE: THE GUARDIANSHIP OF | § | No. 08-20-00206-CV |
| | § | Appeal from the Probate Court |
| JOHN V. WALTER, | § | of Dallas County, Texas[1] |
| An Alleged Incapacitated Person. | § | (TC# PR-20-01181-1) |

## **MEMORANDUM OPINION**

Appellant Sammie Walter and Appellee J. Blake Walter have filed a joint motion to voluntarily dismiss this appeal because the parties have settled. *See* TEX.R.APP.P. 42.1(a)(1). The motion is granted, and this appeal is dismissed. Any other pending motions are dismissed as moot. Pursuant to the agreement of the parties, each party will bear their own costs. *See* TEX.R.APP.P. 42.1(d).

JEFF ALLEY, Justice

December 23, 2021

Before Rodriguez, C.J., Palafox, and Alley, JJ.

---

[1] We hear this case on transfer from the Fifth Court of Appeals in Dallas. *See* TEX.R.APP.P. 41.3.

1